BERTHA SCULLY, Appellant, *v.* STATE OF NEW YORK, Respondent.
(Claim No. 29777.)

Argued April 10, 1953; decided April 23, 1953.

*John W. Tabner* and *Nathan M. Medwin* for appellant.

*Nathaniel L. Goldstein, Attorney-General (John R. Davison, Wendell P. Brown* and *Robert W. Bush* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.